Gerald E. Virgo, for Use of Maxine Dockus, Executor of Will of William H. Young, Deceased, Plaintiff-Appellant, v. State Farm Mutual Automobile Insurance Company, Defendant-Appellee.

Gen. No. 10,965.

Second District.

November 29, 1956.

Released for publication December 15, 1956.

William C. Hollerich, Hollerich & Hurley, for appellant; Zwanzig, Thompson & Lanuti, for appellee. Opinion by JUSTICE EOVALDI. Not to be published in full.